Rebecca HIGGINS v. BLUSH HILL COUNTRY CLUB, INC.

[470 A.2d 226]

No. 82-116

December 22, 1983. Cause reversed and remanded for a new trial before a properly constituted court. *Soucy* v. *Soucy Motors, Inc.*, 143 Vt. 615, 471 A.2d 224 (1983).

Janet R. and Pasquale GALLO v. MILLER AND MILLER LAND, INC.; Miller Building Company, Inc.; Harry M. Miller and Robert A. Miller, Individually and as Officers and Directors.

[470 A.2d 226]

No. 82-393

December 22, 1983. This matter having been heard below before an improperly constituted court, *Soucy* v. *Soucy Motors, Inc.*, 143 Vt. 615, 471 A.2d 224 (1983), the judgment is reversed and the case remanded for trial before a proper court.

CARY ENGINEERING AND MACHINE CO., INC. v. WELLS LAMSON QUARRY CO., INC.

[470 A.2d 226]

No. 82-147

December 28, 1983. The evidence supports the findings. The findings

support the conclusion. Therefore, the judgment is affirmed.

CITY OF RUTLAND v. GRAND UNION COMPANY.

[470 A.2d 227]

No. 82-211

December 28, 1983. The evidence supports the findings. The findings support the conclusion. Therefore, the judgment is affirmed.

Armand G. PEPIN v. Lorraine PEPIN.

[470 A.2d 224]

No. 556-81

January 9, 1984. In the absence of findings of fact, which in this case were waived, our review of the record discloses that there is a reasonable evidentiary basis to support the judgment. *Lanphere* v. *Beede*, 141 Vt. 126, 128, 446 A.2d 340, 341 (1982). Since the trial court did not withhold its discretion, abuse it, or exercise it on grounds clearly untenable or to an extent clearly unreasonable, the judgment is affirmed.